IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| JOHN WILLIE MALONE, JR., )<br>        )<br>    Plaintiffs,      )<br>        )<br>    v.           )<br>        )<br>        )<br>WARDEN CARGLE, et al.,   )<br>        )<br>    Defendants.    ) | CIVIL ACTION NO.<br>2:21cv328-MHT<br>(WO) |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state prisoner, filed this lawsuit complaining that he was seriously assaulted and that the assault stemmed from a conspiracy by the defendants to have him killed. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's motion to dismiss defendant Sgt. Bowman voluntarily should be granted. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 18th day of April, 2022.

                                 /s/ Myron H. Thompson
                              **UNITED STATES DISTRICT JUDGE**