IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
JOHN WILLIE MALONE, JR.,    )
                            )
     Plaintiffs,            )
                            )      CIVIL ACTION NO.
     v.                     )         2:21cv328-MHT
                            )            (WO)
WARDEN CARGLE, et al.,      )
                            )
     Defendants.            )
```

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (Doc. 43) is adopted.

(2) Plaintiff's motion to dismiss his claims against defendant Sgt. Bowman (Doc. 40) is granted, and defendant Bowman is terminated as a party to this case.

No costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment

pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed.

DONE, this the 18th day of April, 2022.

                         /s/ Myron H. Thompson
                         **UNITED STATES DISTRICT JUDGE**